# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CARL PRINCE-QADOSH,
ADC #86750                                                                                              PETITIONER

V.                                        5:08CV00010 WRW/JTR

ARKANSAS BOARD OF CORRECTION, et al.                                      RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Petitioner's § 2241 Habeas Petition (docket entry #2) is DISMISSED, WITH PREJUDICE.

2. Petitioner's Application to Proceed *In Forma Pauperis* (docket entry #1) is DENIED, AS MOOT.

3. The Clerk shall provide Petitioner with a § 1983 Complaint Form, along with an *In Forma Pauperis* packet.

Dated this 15th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE