**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| **CARL PRINCE-QADOSH,** <br> **ADC #86750** | **PETITIONER** |
| V. 5:08CV00010 WRW/JTR | |
| **ARKANSAS BOARD OF CORRECTION, et al.** | **RESPONDENTS** |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition (Doc. No. 3) submitted by United States Magistrate Judge J. Thomas Ray and the timely objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Petitioner's § 2241 Habeas Petition (Doc. No. 2) is DISMISSED, WITH PREJUDICE.

2. Petitioner's Application to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED, AS MOOT.

3. The Clerk of the Court is directed to provide Petitioner with a § 1983 Complaint Form, along with an *In Forma Pauperis* packet.

IT IS SO ORDERED this 27th day of March, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE